UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

J&J FISH ON CENTER STREET, INC.,

        Plaintiff,

   v.

        Case No. 20-cv-1644-bhl

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

        Defendant,

## ORDER

On April 20, 2021, plaintiff J&J Fish on Center Street Inc. filed an unopposed motion for leave to file its first amended complaint. (ECF No. 18.) Because the motion is unopposed, the Court will grant the motion. On April 30, 2021, defendant Crum & Forster Specialty Insurance Company filed a motion for leave to file a third-party complaint against Vision Land LLC. No opposition has been filed to date, so the Court will grant that motion. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's unopposed motion for leave to file an amended complaint, ECF No. 18, is **GRANTED**. The amended complaint and its exhibit, ECF Nos. 18-1 and 18-2, shall be filed as of the date of this Order.

**IT IS FURTHER ORDERED** that defendant's motion for leave to file a third-party complaint, ECF No. 19, is **GRANTED**. The third-party complaint, ECF No. 19-1, shall be filed as of the date of this Order.

Dated at Milwaukee, Wisconsin on May 20, 2021.

                                          s/ Brett H. Ludwig
                                          BRETT H. LUDWIG
                                          United States District Judge