UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| J&J FISH ON CENTER STREET, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2:20-cv-1644 |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| VISION LAND LLC, | )<br>)<br>) |
| Third-Party Defendant. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE**

Now come the parties, who hereby stipulate and agree that all claims, including third-party claims, at issue in this matter have been resolved and should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims, including third-party claims, at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

| | |
|---|---|
| /s/ Edward Eshoo, Jr.<br>Edward Eshoo, Jr.<br>Christina M. Phillips<br>MERLIN LAW GROUP<br>181 West Madison, Suite 3475<br>Chicago, Illinois 60602<br>eeshoo@merlinlawgroup.com<br>cphillips@merlinlawgroup.com<br>Attorneys for Plaintiffs | /s/ Douglas J. Steinke<br>Douglas J. Steinke<br>James J. Hickey<br>Benjamin A. Blume<br>KENNEDYS CMK LLP<br>100 North Riverside Plaza, 21st Floor<br>Chicago, IL 60606<br>Douglas.Steinke@kennedyslaw.com<br>James.Hickey@kennedyslaw.com<br>Benjamin.Blume@kennedyslaw.com<br>Attorneys for Defendant |

/s/ Jeffrey Guerard
Jeffrey Guerard
AHMAD & GUERARD, LLP
4915 South Howell Avenue, Suite 300
Milwaukee, Wisconsin 53207
jguerard@law-ag.com
Attorney for Vision Land